**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-40204**
**Summary Calendar**
_____

**RAY JUNIOR PAUL,**

**Petitioner- Appellant,**

**versus**

**GARY L. JOHNSON, DIRECTOR,**
**TEXAS DEPARTMENT OF CRIMINAL**
**JUSTICE, INSTITUTIONAL DIVISION,**

**Respondent-Appellee.**

_____

**Appeal from the United States District Court**
**for the Eastern District of Texas**
**(4:96-CV-345)**
_____

August 5, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Ray Junior Paul, Texas prisoner #234420, appeals the district court's dismissal of his petition for habeas corpus based on Paul's failure to seek permission from this court to file a successive petition. Because Paul filed a previous habeas petition, he must obtain permission from this court before filing a successive petition. _See_ 28 U.S.C. § 2244(b)(3)(A).

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Paul failed to obtain the required permission.  Accordingly, the dismissal is

***AFFIRMED.***
